UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL BURNHART,

    Plaintiff,

  v.

ROBERT MASKO *et al.*,

    Defendants.

Case No. C07-5045FDB

ORDER TO PROVIDE A CURRENT TRUST ACCOUNT STATEMENT

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has filed a motion for *in forma pauperis* status. The Clerk's office has sent a letter of deficiencies (Dkt. # 2). Review of the application shows plaintiff has filed a trust account statement from the King County Department of Juvenile Detention (Dkt. # 1 attached trust account). Plaintiff is currently housed in the Receiving Units at the Washington State Corrections Center (Dkt. #1).

Plaintiff is ORDERED to provide a current trust account statement from the Washington State Department of Corrections. The statement must be received on or before March 9, 2007 or the court will recommend the application for *in forma pauperis* be denied. The Clerk is directed to send plaintiff a copy of this order to plaintiff and note the **March 9, 2007,** due date on the court's calendar.

DATED this 5 day of February, 2007.

        */S/ J. Kelley Arnold*
        J. Kelley Arnold
        United States Magistrate Judge

ORDER