UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. BURNHART

    Plaintiff,

  v.

ROBERT MASKO,

    Defendant

Case No. C07-5045FDB

ORDER TO PROVIDE
SERVICE DOCUMENTS

    Plaintiff has been granted leave to proceed *in forma pauperis* and has filed an acceptable complaint (Dkt. # 13)[1].  There are an insufficient number of copies and no Marshal service forms on file.  **The clerks office is directed to send Mr. Burnhart one Marshal service form.**

    Plaintiff will fill out the form for **and provide a copy of the amended complaint and the form to the court on or before July 28, 2007** or the court will recommend this action be dismissed

---

[1] The complaint found as entry number 7 appears to be from a different case.  The cause number does not match and the plaintiff named is not Mr. Burnhart.

ORDER

for failure to comply with a court order and failure to prosecute.

The Clerk is directed to send a copy of this Order to plaintiff and note this matter for **July 28, 2007.**

DATED this 2 day of July 2007.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER