UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. BURNHART

    Plaintiff,

  v.

ROBERT MASKO,

    Defendant

Case No. C07-5045FDB

ORDER FOR PLAINTIFF
TO SHOW CAUSE

      This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). This action was commenced in January of 2007. Plaintiff was ordered to file an amended complaint and did not do so in a timely fashion (Dkt. # 8). Ultimately an amended complaint was filed and service documents were received.

      On July 26, 2007, the court ordered the United States Marshals Service to attempt service by mail on the address provided by plaintiff for defendant Masko (Dkt. # 15). On August 27, 2007, that attempt was returned for insufficient address (Dkt # 17). While counsel has appeared on behalf of

ORDER

1  defendant Masko, (Dkt. # 16) no answer has been filed.

2  It is plaintiff's obligation to prosecute this action.  Plaintiff will show cause why this action
3  should not be dismissed for failure to prosecute on or before **December 28, 2007.**
4  The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendant and
5  note this matter for **December 28, 2007.**

DATED this 20 day of November 2007.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

28  ORDER