UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. BURNHART,

    Plaintiff,

v.

ROBERT MASKO,

    Defendant

Case No. C07-5045FDB

ORDER DENYING PLAINTIFF'S MOTION FOR A CONTINUANCE

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion asking for an extension of time from May of 2008 until October of 2008 to respond to defendants motion for summary judgment (Dkt # 33).

    Plaintiff alleges he needs to conduct discovery prior to answering the motion for summary judgment. He brings his motion based on Fed. R. Civ. P 56 (f). Defendant's motion for summary judgment is based, in part, on failure to exhaust administrative remedies and qualified immunity (Dkt # 24). Raising the affirmative defense of qualified generally precludes discovery until the defense has been adjudicated. <u>Harlow v. Fitzgerald</u>, 457 U.S. 800, 818 (1982).

ORDER

1  The court has examined the only document plaintiff sent to counsel which would be
2  considered discovery (Dkt # 35, exhibit).  This document was provided by opposing counsel in the
3  response to plaintiff's motion.  Plaintiff's requests for information do not touch on either the
4  grievance process or the defense of qualified immunity.  Thus, plaintiff fails to show a continuance to
5  conduct discovery is warranted.  The motion for an extension of time is **DENIED.**
6  The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendant
7  Masko.

DATED this 10 day of June 2008.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

28 ORDER