# United States District Court

## WESTERN DISTRICT OF WASHINGTON

MICHAEL BURNHART

v.

ROBERT MASKO, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5045FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1.  The Court adopts the Report and Recommendation.

2.  This action is **DISMISSED WITHOUT PREJUDICE.**

_____July 15, 2008_____

_____BRUCE RIFKIN_____
Clerk

_____s/ D. Forbes_____
By, Deputy Clerk